## RAH/NWIA CLIENT LIST

| Patient # | Provider | DOL Approved Diagnosis | CM | CM Hours/WK | Nurse | Nursing Hours/WK | HHA Hours/WK | Violations/Wrongdoings |
|---|---|---|---|---|---|---|---|---|
| 1 | RAH | | Natasha Davis | 4 | Natasha Davis | 16 | 49 | RAH bills DOL for services not rendered |
| 2 | RAH | Asthma, Pneumoconiosis - Berylliosis | Jessica Young | 3 | Jessica Williams  Ryan Williams | 16 | 35 | RAH bills DOL for services not rendered; RAH improperly provided patients or patients family with valuable gifts to maintain the patients in the home healthcare program; violations of Anti-Kickback Statute; soliciting patients; RAH illegally prepared Letter of Medical Necessity |
| 3 | RAH | Chronic Obstructive Asthma NOS; end stage Renal Disease; Sleep Arousal Disorder; Atheroembolism, Kidney | Maurice McCain Tamara Williford | 3 | Tanja Adams | 12 | 35 | RAH bills DOL for services not rendered; RAH illegally prepared Letter of Medical Necessity; violations of Anti-Kickback Statute; soliciting patients |
| 4 | RAH | Margin Zone Lym Head | Jessica Young | 2.5 | Tifffany Stone | 12 | 84 | RAH illegally prepared Letter of Mecical Necessity |
| 5 | RAH | Basal Cell Carcinoma of skin of ear and exteranl auditory canal; Basal Cell Carcinoma of sking and unspecified parts of the face; Squamous Cell Carcinoma of sking of upper limb, including shoulder; Prostate Cancer | Lindsey Reeves | 3 | Taylor Medlin | 16 | 84 | RAH bills for services not rendered; violation of Anti-Kickback Statute; RAH illegally prepared Letter of Medical Necessity |
| 6 | RAH | | Shannika Ivey | 3 | Anna Devine | 20 | 30 | RAH bills for services not rendered |

## RAH/NWIA CLIENT LIST

| # | | | | Name | | Referrer | | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7 | RAH | | | Jessica Young | 3 | Sherry Brandt | 16 | 84 | RAH bills for services not rendered; violation of Anti-Kickback Statute; RAH illegally prepared Letter of Medical Necessity |
| 8 | RAH | Malignant Neoplasm; pancreas; secondary Malignant Neoplasm Lung; secondary Malignant Neoplasm Liver; secondary Malignant Neoplasm Urinary NEC | | Tanja Adams | 4 | | 28 | 28 | RAH illegally prepared Letter of Medical Necessity |
| 9 | RAH | | | Natasha Davis | 4 | Tamara Feagin | 30 | 84 28 | RAH bills for services not rendered; RAH illegally prepared Letter of Mecical Necessity; RN Fraudulently signed Client Notes |
| 10 | RAH | COPD; Esophageal Reflux; Osteoporosis | | Kianna Curtis | 4 | Brandy Abele    Kianna Curtis    Kim Eaves   Tangi Palmore | 84 | 84 | RAH bills for services not rendered; RAH improperly provided patients or patients family with valuable gifts to maintain the patients in the home healthcare program; violation of Anti-Kickback Statute; soliciting patients; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| # | | Diagnosis | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 11 | RAH | COPD; Atherosclerotic Heart Disease of native coronary artery without Angina Pactoris; Idiopahthic Progressive Neuropathy; Malginant Neoplasm unspecified sites of bladder | Lindsey Reeves | 4 | Susan James | 24 | 84 | RAH bills for services not rendered; RAH illegally prepared Letter of Medical Necessity; RN fraudulently signed Client Notes |
| 12 | RAH | Non-Hodgkins Lymphomania; primary Osteoarthritis unspecified site | Renarta Kennedy | 4 | Dorian Brown<br>Shannika Ivey | 40<br>20 | 0 | RAH bills for services not rendered; RAH illegally prepared Letter of Medical Necessity; RN fraudulently signed Client Notes |
| 13 | RAH | Obstructive Chronic Bronchitis; Pneumoconiosis due to Asbestos and other mineral fibers | Lindsey Reeves | 4 | Billie Williams | 12 | 40 | Soliciting patients; RAH improperly provided patients or patients families with valuable gifts; violation of Anti-Kickback Statute; soliciting patients; RAH illegally prepared Letter of Medical Necessity |
| 14 | RAH | Pneumoconiosis-Berylliosis; occupational exposure to toxic agents | Darlene Bell | 4 | JoAshley Jordan<br>Darlene Bell | 16<br>14 | 84 | RAH bills for services not rendred; RAH illegally prepared letter of Medical Necessity |
| 15 | RAH | | Darlene Bell | 4 | Chris Matthews<br>Mindy Roberts | 16<br>14 | 84 | RAH bills for services not rendered; violation of Anti-Kickback Statute |
| 16 | RAH | Pleurisy | Natasha Davis | 4 | Marie Phillips | 16 | 84 | RAH illegally prepared letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | RAH | Chronic Bronchitis; Pneumoconiosis NOS; Pulmonary Fibrosis | Maurice McCain | 3 | Janet Mathis    Dulan Mills | 18 | 42 | RAH bills for services not rendered; violation of Anti-Kickback Statute; solicitng patients; RAH illegally prepared Letter of Medical Necessity |
| 18 | RAH | Pneumoconiosis due to Asbestos and other mineral fibers | Jessica Young | 4 | Lauren Frederick | 24 | 56 | Soliciting patients; RAH illegally prepared Letter of Medical Necessity |
| 19 | RAH | | Lindsey Reeves | 4 | Medlin Taylor | 24 | 84 | RAH bills for services not rendered; violation of Anti-Kickback Statute; RAH illegally prepared Letter of Medical Necessity |
| 20 | RAH | Unspecified Artrial Fibrilaiton, COPD, Unspecified Pneumoconiosis - Berylliosis, other disorders of the lung | Lindsey Reeves | 4 | Carol Gattis | 32 | 84 | Violation of Anti-Kickback Statute; RAH illegally prepared Letter of Medical Necessity |
| 21 | NWIA | | | | | | | RAH employees assissted patient with application process; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | RAH | Malignant neoplasm of skin of other and unspecified parts of face, malignant neoplasm of scalp and skin of neck, carcinoma in situ of scalp and skin of neck, COPD, basal cell carcinoma of eyelid, malignant neoplasm of skin | Lindsey Reeves | 4 | Joyce Gunnells | 24 | 84 | RAH employs patients family members who are not qualified under the statute; RAH illegally prepared Letter of Medical Necessity |
| 23 | RAH | Non-Hodgkins Lymphomania | Jessica Young | 3 | Jesssica Williams | 12 | 40 | RAH improperly bills for services not rendered; RAH improperly provided patients or patients family with valuable gifts to maintain the patients in the home healthcare program; RAH employs patients family members who are not qualified under the statute; soliciting patients; violations of Anti-Kickback statute; RAH illegally prepared Letter of Medical Necessity |
| 24 | RAH | | Renarta Kennedy | 4 | Loretta Hutto | 24 | 84 | RAH billed for services not rendered; RAH illegally prepared Letter of Medical Necessity |

21

## RAH/NWIA CLIENT LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | RAH | | Darlene Bell | 4 | Nancy Harrison   Rita Stacey | 84 | 84 | RAH improperly bills for services not rendered; RAH employs patients family members who are not qualified under the statute; RAH illegally prepared Letter of Medical Necessity |
| 26 | RAH | Other Lumphatic and Hematopoietic Tissues | Renarta Kennedy | 3 | Nancy Harrison Loretta Hutto | 24 | 84 | RAH improperly bills for services not rendered; Client notes fraudulently signed; RAH employs family members who are not qualified under the statute; RAH illegally prepared Letter of Medical Necessity |
| 27 | RAH | Pneumoconiosis due to Asbestos and other mineral fibers; Osteoporosis NEC | Natasha Hammell | 4 | Natasha Hammell Jessica Williams Abbie Claytor | 32 | 112 | RAH improperly bills for services not rendered; RAH employs patients family members who are not qualified under the statute; fraudulenty signing Client Notes; RAH improperly provided patient or patient's family with valuable gifts to maintain the patients in the home healthcare program; RAH illegally prepared Letter of Medical Necessity |
| 28 | RAH | | Natasha Davis | 3 | Natasha Davis | 4 | 0 | RAH started services before Client approved through DOL |

# RAH/NWIA CLIENT LIST

| # | Agency | Diagnosis | Client | | Employees | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 29 | RAH | Secondary and unspecified malignant neoplasm of lymph nodes of head, face and neck | Renarta Kennedy | 4 | Irene Parrish Loretta Hutto Renarta Kennedy Tanja Adams | 84 | 0 | RAH improperly bills for services not rendered; Client notes fraudulently signed; RAH illegally prepared Letter of Medical Necessity |
| 30 | RAH | Colon cancer | Jessica Young | 2 | Patty Marter | 12 | 40 | RAH illegally prepared letter of Medical Necessity; RAH employs patient's family members who are not qualified under the statute |
| 31 | RAH | Sarcoidosis; pneumoconiosis - beryllosis, pleural effus not TB, pleurisy | Natasha Davis | 4 | Mindy Roberts | 30 | 168 | RAH improperly bills for services not rendered; violation of Anti-Kickback Statute; RAH employs family members who are not qualified under the statute; RAH improperly provided patient or patient's family with valuable gifts to maintain the patients in the home healthcare program; RAH illegally prepared Letter of Medical Necessity |
| 32 | RAH | Malignant neoplasm of tonsil, asthma, other specified disorders of the teeth and supporting structures, disturbance of salivary secretion | Darlene Bell | 4 | Chris Matthews Amelia Parayano Natalie Ronan | 84 | 84 | Fraudulenty signing Client Notes; violation of Anti-Kickback Statute; RAH improperly bills for services not rendered; RAH employes family members who are not qualified under the statute; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| # | Type | Condition | Client | | Employees | | | Description |
|---|------|-----------|--------|---|-----------|---|---|-------------|
| 33 | RAH | Obstructive Sleep Apnea, COPD, Pneumoconiosis due to Asbestos and other mineral fibers, other disorders of the lung | Lindsey Reeves | 4 | Sherry Brandt | 24 | 84 | RAH improperly bills for services not rendered; RAH employs family members who are not qualified under the statute; RAH bills for services not medically necessary; RAH illegally prepared Letter of Medical Necessity |
| 34 | RAH | | Tammy Moriarity | 4 | Tammy Moriarity | 24 | 84 | RAH improperly bills for services not rendered; RAH employs family members who are not qualified under the statute |
| 35 | NWIA | | | | | | | RAH employees assissted patient with application process |
| 36 | RAH | | Shannika Ivey | 4 | Suzanne Love   Abbie Clayton | 30 | 40 | RAH improperly bills for services not rendered; RAH employs family members who are are not qualified under the statute |
| 37 | RAH | Prostate cancer, urinary incontinence | Maurice McCain | 4 | Dulan Mills   Dawn Johnfroe   Patty Marter   Brandy Abele Dalton Wates Brooklyn Eskew | 42 | 168 | RAH improperly bills for services not rendered; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 38 | RAH | Malignant neoplasm breast NEC, malignant neoplasm breast NOS | Jessica Young | 4 | Consuela Marshall<br>Sherry Manley<br>Carlyetta Jones<br>Deana Shultz<br>Laurie Davis<br>Lavaneicer Hillman<br>Shmiker Brown | 84 | 42 | RAH illegally prepared the Letter of Medical Necessity |
| 39 | RAH | Malignant neoplasm of the thyroid gland | Natasha Davis | 3 | Tiffany Stone | 16 | 28 | RAH improperly bills for services not rendered; RAH illegally prepared Letter of Medical Necessity; RAH improperly provided patient or patient's family with valuable gifts to maintain the patient's home healthcare program; soliciting patients; violation of Anti-Kickback statute |
| 40 | RAH | | Darlene Bell | 4 | JoAshley Jordan<br>Darlene Bell | 42 | 40 | RAH improperly bills for services not rendered; RAH illegally prepared Letter of Medical Necessity |
| 41 | RAH | Pneumoconiosis due to Asbestos and other mineral fibers | Tammy Moriarity | 3 | Tammy Moriarity | 12 | 40 | RAH improperly bills for services not rendered; soliciting patients; violations of Anti-Kickback statute; RAH illegally prepared Letter of Medical Necessity |
| 42 | RAH | | Darlene Bell | 4 | Kellie Wilkerson<br>Darlene Bell | 84 | 30 | RAH improperly bills for services not rendred; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 43 | | Pneumoconiosis due to Asbestos and other mineral fibers | Maurice McCain | 3 | NA | 0 | 30 | Soliciting patients; RAH improperly bills for services not rendered |
| 44 | NWIA | | | | | | | RAH employees assissted patient with application process; RAH illegally prepared Letter of Medical Necessity |
| 45 | RAH | Squamous Cell Carcinoma of the skin and unspecified parts of the face; malignant neoplasm of sking of upper limb, including shoulder; malignant neoplasm of skin of lower limb, including hip; carcinoma in situ of skin of upper limb, including shoulder; carcinoma in situ of sking of lower limb, including hip | Lindsey Reeves | 3 | Natasha Hammell Darlene Bell | 16 8 | 84 | RAH improperly billed for services not rendered; RAH illegally prepared Letter of Medical Necessity |
| 46 | RAH | MAL NEO Transverse Colon; squamous Cell Carcinoma of skin of uppler limb, including shoulder; basal Cell CA scalp/skin | Tammy Moriarity | 4 | Tammy Moriarity | 30 | 84 | RAH improperly bills for services not rendered; RAH improperly provided patient or patient's family with valuable gifts to maintain the the patient's home healthcare program; soliciting patients; violations of Anti-Kickback statute; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47 | RAH | Chronic Bronchitis; COPD; Pulmonary Fibrosis; Obstruct Chronic Bronchitis; Hypoxemia | Tanja Adams | 4 | Deborah Berry | 42 | 112 | RAH Illegally prepared Letter of Medical Necessity; RAH employs patient's family members who are not qualified under the statute; |
| 48 | NWIA | | | | | | | RAH employees assissted patient with application process |
| 49 | RAH | Pneumoconiosis - Berylliosis | Renarta Kennedy | 2 | NA | 0 | 0 | RAH improperly bills for services not rendered; RAH sent patient to Dr. Jenkins to try to get him approved for home health services that he did not need; RAH illegally prepared Letter of Medical Necessity |
| 50 | RAH | Sarcoidosis; pneumoconiosis - beryllosis | Jessica Young | 4 | Maurice McCain | 30 | 40 | RAH improperly bills for services not rendered; RAH sent patient to Dr. Jenkins to get approved for home health; RAH illegally prepared Letter of Medical Necessity |
| 51 | RAH | | Shannika Ivey | 4 | Kianna Curtis Shannika Ivey | 30 | 40 | RAH improperly bills for services not rendered; RAH improperly employs patient's family members who are not qualified under the statute |
| 52 | RAH | | Lindsey Reeves | 4 | Joyce Dozier Linda Goddard Max Watson | 36 24 24 | 0 | RAH improperly bills for services not rendered; RAH illegally prepared Letter of Medical Necessity |

## RAH/NWIA CLIENT LIST

| # | Type | Conditions | Name | Col | Names | Val1 | Val2 | Description |
|---|---|---|---|---|---|---|---|---|
| 53 | RAH | | Lindsey Reeves | 4 | Susan James<br>Lindsey Reeves | 35 | 40 | RAH improperly bills for services not rendered; RAH illegally prepared Letter of Medical Necessity; RAH improperly employs patient's family members who are not qualified under the statute; violations of Anti-Kickback statute |
| 54 | RAH | | Darlene Bell | 4 | Sallie Ann Morrison<br>Darlene Bell<br>Marie Phillips | 35 | 48 | RAH improperly helped patient get white card; RAH improperly billed for services not rendered |
| 55 | RAH | Non-Hodgkins Lymphomas; COPD, Obstructive Sleep Apnea; Hypoexmia | Tanja Adams | 4 | | 0 | 0 | RAH improperly bills for services not rendered; RAH imprroperly bills for services not medically necessary; RAH illegally prepared Letter of Medical Necessity; soliciting patients; violations of Anti-Kickback statute; RAH improperly provided patient or patient's family with valuable gifts to maintain the patient's home healthcare program |